UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 05-30036-(YYY)(?) |
| v. | 21 U.S.C. § 841 (Distribution and Possession with Intent to Distribute Cocaine Base) (Count One) |
| 1) TITO RODRIGUEZ and | |
| 2) NELSON SANCHEZ | 18 U.S.C. § 2 (Aiding and |
| Defendants. | Abetting)(Count One) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE:   (Title 21, United States Code, Section 841: Distribution and Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about December 7, 2004, in Hampden County, in the District of Massachusetts,

TITO RODRIGUEZ and
NELSON SANCHEZ,

the defendants herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

2. The offense described in Paragraph One of Count One of this Indictment involved five grams or more of a mixture or substance containing cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count One of this Indictment,

        TITO RODRIGUEZ, and
        NELSON SANCHEZ,

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
_____
Foreperson of the Grand Jury


*[signature]*
_____
Todd E. Newhouse
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand
    Jurors and filed on June 9, 2005.


*[signature]*
_____
Deputy Clerk of Court
3:55 PM

4

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Massachusetts    **Category No.** 2    **Investigating Agency** FBI

**City** Springfield    **Related Case Information:**

**County** Hampden    Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Tito Rodriguez    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   20 Allen Street (2nd Floor), Springfield, MA

Birth date (Year only): 1986  SSN (last 4 #): 0104  Sex M  Race: Hispanic  Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Todd E. Newhouse    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9, 2005    Signature of AUSA: _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Tito Rodriguez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Number |
|---|---|---|---|
| Set 1 | 21 USC 841 | Distribution & Possession w/Intent to Distribute Cocaine Base | 1 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

Place of Offense: __Massachusetts__  Category No. __2__  Investigating Agency __FBI__

City __Springfield__  Related Case Information:

County __Hampden__  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Nelson Sanchez__  Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __27 High Street, Springfield, MA__

Birth date (Year only): __1985__ SSN (last 4 #): __7925__ Sex __M__ Race: __Hispanic__ Nationality: _____

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Todd E. Newhouse__  Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No  List language and/or dialect: _____

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9, 2005  Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Nelson Sanchez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841 | Distribution & Possession w/Intent to Distribute Cocaine Base | 1 |
| Set 2  18 USC 2 | Aiding and Abetting | 1 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**