AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**APPEARANCE**

JULIO MARIN

Case Number: 05-30031-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    The United States of America

I certify that I am admitted to practice in this court.

June 9, 2005
Date

Signature

Todd E. Newhouse
Print Name      Bar Number

1550 Main Street, Rm 310
Address

Springfield     MA    01103
City      State      Zip Code

(413) 785-0235     (413) 785-0394
Phone Number      Fax Number