SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 05-30036-MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| v. ) | |
| ) | |
| 2) NELSON SANCHEZ, ) | |
| Defendant. ) | |

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Todd E. Newhouse, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon a previous felony drug conviction of defendant NELSON SANCHEZ to increase the punishment that may be imposed by this Court upon defendant NELSON SANCHEZ'S conviction for the drug offenses alleged in Count One of the Indictment in the above-captioned matter.

The prior felony conviction upon which the Government intends to rely regarding NELSON SANCHEZ is the following:

1) felony conviction of guilty for Distribution of a Class A Controlled Substance, Heroin; Docket Numbers 0423CR4254, entered on June 7, 2004, in Springfield District Court, Springfield, Massachusetts.

1

Certified copies of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 14 day of June, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
KEVIN O'REGAN
Assistant U.S. Attorney
Chief, Springfield
Branch Office

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                June 14, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant United States Attorney