

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TO the Marshal for the District of Massachusetts, or any of his deputies, and to:

HAMPDEN COUNTY HOUSE OF CORRECTIONS
629 Randall Road
Ludlow, MA 01056

YOU ARE COMMANDED to have the body of <u>NELSON SANCHEZ (year of birth 1985, SSN \*\*\*-\*\*-7925)</u> now in your custody, before the United States District Court for the District of Massachusetts, Western Section, Federal Building and Courthouse, Marshal's Office, Room 418, 1550 Main Street, Springfield, MA, on <u>June 29, 2005 at 11:00 a.m.</u> for the purpose of <u>initial appearance and arraignment</u> in the case of <u>UNITED STATES v. SANCHEZ, et al.</u>, Criminal Action No. <u>05-30036-MAP</u>. And you are to retain the body of said <u>NELSON SANCHEZ</u> before the Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said <u>NELSON SANCHEZ</u> to the institution from which (s)he was taken, under safe and secure conduct, to be there imprisoned as if (s)he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

DATED at Springfield, Massachusetts, this twenty-third of June, 2005.

Sarah A. Thornton, Clerk

By:   /s/ Bethaney A. Healy
      Deputy Clerk

---

I hereby certify that this writ has been satisfied with the named defendant being returned to the custody of _____ following his/her presentment in U.S. District Court, Springfield, Massachusetts.

CERTIFICATION:

_____       Dated: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TO the Marshal for the District of Massachusetts, or any of his deputies, and to:

HAMPDEN COUNTY HOUSE OF CORRECTIONS
629 Randall Road
Ludlow, MA 01056

YOU ARE COMMANDED to have the body of <u>TITO RODRIGUEZ (year of birth 1986, SSN \*\*\*-\*\*-0104)</u> now in your custody, before the United States District Court for the District of Massachusetts, Western Section, Federal Building and Courthouse, Marshal's Office, Room 418, 1550 Main Street, Springfield, MA, on <u>June 29, 2005 at 11:00 a.m.</u> for the purpose of <u>initial appearance and arraignment</u> in the case of <u>UNITED STATES v. SANCHEZ, et al.</u>, Criminal Action No. <u>05-30036-MAP</u>. And you are to retain the body of said <u>TITO RODRIGUEZ</u> before the Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said <u>TITO RODRIGUEZ</u> to the institution from which (s)he was taken, under safe and secure conduct, to be there imprisoned as if (s)he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

DATED at Springfield, Massachusetts, this twenty-third of June, 2005.

Sarah A. Thornton, Clerk

By:    /s/ Bethaney A. Healy
       Deputy Clerk

---

I hereby certify that this writ has been satisfied with the named defendant being returned to the custody of _____ following his/her presentment in U.S. District Court, Springfield, Massachusetts.

CERTIFICATION:

_____          Dated: _____