AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

NELSON SANCHEZ

**SEALED**

**WARRANT FOR ARREST**

CASE NUMBER: 05-300 36 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ NELSON SANCHEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

distribution and possession with intent to distribute cocaine base

in violation of
Title   18   United States Code, Section(s)   841

Kenneth P. Neiman
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

June 9, 2005 - Springfield, Mass.
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Springfield, MA

| DATE RECEIVED 6/15/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/29/05 | U.S. Marshals Service | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: NELSON SANCHEZ

ALIAS:

LAST KNOWN RESIDENCE: 27 High Street, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Springfield, MA

DATE OF BIRTH (4 digit year): 00-00-1985

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7925

HEIGHT: 4'0"   WEIGHT: 80 lbs

SEX: MALE   RACE: Hispanic

HAIR: Brown   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI (Springfield, MA)