UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 05-30036-MAP |
| | ) |
| v. | ) |
| | ) |
| 1) TITO RODRIGUEZ, and | ) |
| 2) NELSON SANCHEZ | ) |
|     Defendants. | ) |

MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government faxed a draft to David J. Wenc, Esq., counsel for defendant Rodriguez, and Judith C. Knight, Esq. counsel for defendant Sanchez on August 9, 2005.

    1.    There are no outstanding discovery issues not yet presented or resolved by the Court.

    2.    Defendant Rodriguez has requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E) and the government provided the requested information.

    3.    The government has copies of the CD's/DVD's to give to defense counsel. Beyond that, the parties do not anticipate providing additional discovery as the result of future receipt of information.

    4.    The defendant does not intend to raise a defense of insanity or public authority.

    5.    The government has requested notice of alibi by the

1

defendant and there has been no response by the defendant.

6. The defendant has not filed and does not intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

7. It is not necessary to schedule any matter in the case other than a Final Status Conference.

8. The parties are not currently engaging in plea negotiations.

9. The parties agree that there are periods of excludable delay. The parties agree that the time frame from arraignment, June 29, 2005 through July 13, 2005 is excludable under Local Rule 112.2(A)(1). Defendant Rodriguez filed a discovery letter on July 11, 2005 therefore pursuant to L.R. 112.2(A)(3), the period July 11, 2005 through July 24, 2005 is excludable. There were no other motions or discovery letters filed.

Therefore, as of the day of the Status Conference on August 11, 2005, 18 days have run and 52 days remain on the Speedy Trial clock which will require that, if necessary, a trial commence on or before October 2, 2005.

10. In the event that a trial is necessary the trial will last approximately 5 days.

11. A date convenient with the Court should be established for the Final Status Conference.

Filed this 7TH day of August, 2005.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

                      _____
                      TODD E. NEWHOUSE
                      Assistant United States Attorney

                      On behalf of defendant Rodriguez:


                      _____
                      DAVID J. WENC, ESQ.
                      Counsel for defendant Rodriguez

                      On behalf of defendant Sanchez:


                      _____
                      JUDITH C. KNIGHT, ESQ.
                      Counsel for defendant Sanchez


## CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                      August 9, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

                      _____
                      TODD E. NEWHOUSE
                      Assistant U.S. Attorney