UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff<br><br>v.<br><br>NELSON SANCHEZ,<br>　　　　　　　　Defendant | CRIMINAL NO. 05-30036-MAP |

**DEFENSE COUNSEL'S MOTION TO WITHDRAW**

　　　Now comes Judith C. Knight, Esquire, Court Assigned Counsel for Nelson Sanchez in the above captioned matter and moves this Honorable Court to allow her to withdraw as counsel in this matter. As reasons therefore, counsel states that she has appeared once on behalf of Nelson Sanchez at his arraignment on July 1, 2005. At that time, counsel believed it was possible to adequately defend the Defendant in this matter given her time restraints. Since that time, counsel realizes that given the gravity of this matter and her current trial schedule and other matters pending that she does not have the time available to adequately represent Mr. Sanchez in this matter and for that reason respectfully requests withdrawal as counsel at this time.

　　　Presently, Mr. Sanchez is being held on a State Court matter. The August 11, 2005 date is the first court appearance since the arraignment in Federal Court.

　　　Upon information and belief, the Defendant, Nelson Sanchez, would not be prejudiced by this early withdrawal of counsel in this matter and for all these reasons, Defense counsel, Judith C. Knight, respectfully requests that this Court allow her Motion to Withdraw in this matter.

August 11, 2005

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　Nelson Sanchez,
　　　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judith C. Knight, Esquire
　　　　　　　　　　　　　　　　　　　　　　342 Main Street
　　　　　　　　　　　　　　　　　　　　　　Great Barrington, MA 01230
　　　　　　　　　　　　　　　　　　　　　　413-528-4800
　　　　　　　　　　　　　　　　　　　　　　413-528-9988 facsimile
　　　　　　　　　　　　　　　　　　　　　　jknight@hellmanshearn.com
　　　　　　　　　　　　　　　　　　　　　　BBO #551896

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was served on Todd Newhouse, Esquire via facsimile #413-785-0394.

August 11, 2005

_____
Judith C. Knight, Esquire