UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )   CRIMINAL NO. 05-30036-MAP
)
V. )
)
NELSON SANCHEZ )

**NOTICE OF POTENTIAL CONFLICT OF INTEREST**

Now comes Counsel for the defendant and acknowledges that a potential conflict of interest exists in this matter.

In order to avoid any unnecessary disruption to the Defendant's representation, Counsel states that the co-defendant: Tito Rodriguez is currently being represented by Attorney Mary Anne Stamm in the state court.

Counsel and Attorney Stamm are both members of a Professional Association: Hare, Stamm & Harris, P.A. at 1350 Main Street, Springfield, MA 01103

                                   Nelson Sanchez,
                                   The Defendant,

                                   _____
                                   Mickey E. Harris, Esq.
                                   Hare, Stamm & Harris
                                   1350 Main Street 10th Floor
                                   Springfield, MA 01103
                                   (413) 731-5800 Telephone
                                   (413) 732-5828 Fax


I certify that I have forwarded a copy of this motion to Todd Newhouse, Assistant United States Attorney via facsimile at 413-785-0394.

                                   _____
                                   Mickey E. Harris, Esquire