UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                     )<br>)<br>)<br>TITO RODRIGUEZ and            )<br>NELSON SANCHEZ,                )<br>                    Defendants ) | Criminal No. 05-30036-MAP |

FINAL STATUS REPORT
December 2, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. An initial pretrial conference has been scheduled for January 13, 2006, at 2:00 p.m. in Courtroom II. Defendants will inform the court at that time whether they intend to file any motions to sever and/or suppress.

2. The parties estimate that a trial will take approximately five days.

3. All discovery has been completed.

4. Defendants do not intend to raise defenses of insanity or public authority.

5. The parties -- and the court -- agree that, as of January 13, 2006, eighteen days will have run on the Speedy Trial clock. An order of excludable delay shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

                                                  /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN

U.S. Magistrate Judge