



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

January 13, 2006

David J. Wenc, Esq.
44 Main Street
Windsor Locks, CT 06096

    Re:  United States v. Tito Rodriquez
           Criminal No. 05-30036-MAP

Dear Attorney Wenc:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed documents bates stamped 001-00075 regarding the government's cooperating witness.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                                     Very truly yours,

                                     MICHAEL J. SULLIVAN
                                     United States Attorney

                      By:

                                   TODD E. NEWHOUSE
                                   Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);



U.S. Department of Justice

United States Attorney
District of Massachusetts

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

January 13, 2006

Mickey E. Harris, Esq.
1350 Main Street
Springfield, MA 01103

    Re:  United States v. Nelson Sanchez
         Criminal No. 05-30036-MAP

Dear Attorney Harris:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed documents bates stamped 001-00075 regarding the government's cooperating witness.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                             Very truly yours,

                             MICHAEL J. SULLIVAN
                             United States Attorney

                 By:

                             TODD E. NEWHOUSE
                             Assistant U.S. Attorney

Enclosures
cc:  Bethany Healy,
     Courtroom Clerk
     Hon. Kenneth P. Neiman
     United States Magistrate Judge
     (w/o enclosures);