UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) CR NO. 05-30036-MAP
)
TITO RODRIGUEZ AND NELSON SANCHEZ )

ORDER OF TRANSFER

January 18, 2006

PONSOR, D.J.

Due to an unusually heavy criminal docket at this time, a significant risk exists that the court will be unable to dispose of this case within the timelines established by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. For this reason, pursuant to Local Rule 40.1 (F), the court hereby orders that this case be transferred to the Clerk in Boston to be randomly re-drawn in the Eastern or Central Division.

For the information of the judge who eventually draws the case, all preliminary proceedings before the Magistrate Judge have been completed pursuant to Local Rule 116.5, and 52 days remain on the Speedy Trial clock through February 17, 2006, according to the Final Status Report issued on December 2, 2005 and the Orders of Excludable Delay issued on January 17 and 18, 2006. A schedule giving defense counsel until February 17, 2006 to file motions and the government until March 10, 2006 to oppose has been issued this

day. The case will be ready for a hearing on these motions after March 10, 2006, or as soon as it is convenient to the new district court judge who is assigned.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge