```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**      )
                                  )
                    v.            ) CR NO. 05-30036-MAP
                                  )
**TITO RODRIGUEZ AND NELSON SANCHEZ** )


                  SUPPLEMENTAL SCHEDULING ORDER

                       January 18, 2006

**PONSOR, D.J.**

Counsel for all parties appeared before this court for an initial pretrial conference on January 17, 2006. The court has this day issued an Order of Transfer and Supplemental Order of Excludable Delay. This schedule will cover the initial filing of substantive pretrial motions by defense counsel. Based on counsel's representations, the court orders as follows:

  1. Defendants will file their motions on or before February 17, 2006.

  2. The government will file its opposition to these motions on or before March 10, 2006.

  3. The clerk for the District Court Judge assigned to this case will contact counsel with a date for any status conference or hearing regarding these motions.

  It is So Ordered.

                           /s/ Michael A. Ponsor
                           MICHAEL A. PONSOR
                           United States District Judge