UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
 )
 )
            v.  ) CR NO. 05-30036-MAP
 )
TITO RODRIGUEZ AND NELSON SANCHEZ )

SUPPLEMENTAL ORDER OF
EXCLUDABLE DELAY

January 18, 2006

PONSOR, D.J.

On January 17, 2006, Magistrate Judge Kenneth P. Neiman issued an Order of Excludable Delay covering the period from July 11, 2005 through July 24, 2005, and from August 8, 2005 through January 13 2006. These exclusions were made for good cause and with the agreement of both counsel for the government and for Defendants. On January 17, 2006, counsel appeared before this court for an initial pretrial conference. At that time, the court established a schedule for filing of motions by defense counsel by February 17, 2006.

The court has this day issued its Order of Transfer, returning this case to the Clerk in Boston to be randomly redrawn in the Eastern or Central Division. In order to allow counsel time to prepare pretrial motions, the court hereby orders (with the assent of the government and Defendants) that the period of time from January 13, 2006 to February 17, 2006 be excluded from any

calculation under the Speedy Trial Act.

With this exclusion, 52 days will remain on the Speed Trial Clock as of February 17, 2006, the deadline for defense counsel to file motions. Of course, once counsel do file motions, the Speedy Trial Clock will stop, pending opposition, hearing, and a 30-day advisement period.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge