**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:    Civil / Criminal  No.   CR 05-30036

Title:    United States v. Tito Rodriguez

**N O T I C E**

Please take notice that the above-entitled case previously assigned to

Judge   Michael A. Ponsor  has been reassigned to  Judge Nathaniel M. Gorton  for

all further proceedings following entry of Judge Ponsor's Order of Recusal on January

18, 2006.  From this date forward the case number on all pleadings should be followed

by the initials   NMG  .

You may contact Judge Gorton's Courtroom Deputy Clerk, Craig Nicewicz

at 617-748-9158 or Docket Clerk, Elizabeth Sonnenberg at 617-748-4073 for

information regarding scheduling.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:    /s/ Virginia A. Hurley
Deputy Clerk

Date:   1/23/06

Note:  Attached to this Notice of Reassignment is a recent Notice from the Clerk of
       Court regarding amendments to the Local Rules mandating the use of the
       Court's Electronic Filing System.

Copies to:    Counsel

(MAP Notice.wpd - 3/7/2005)