UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her

deputies, and to__
    __MCI Concord__
    __865 Elm Street__
    __Concord, MA 01742__

YOU ARE COMMANDED to have the body of __Nelson Sanchez,__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom No. _4,_ on the _3rd_ floor, Boston, Massachusetts on __March 30, 2006___, at _11:30 a.m._

For the purpose of __Rule 11 Hearing__
in the case of __United States v. Nelson Sanchez__
CR Number __05-30036-NMG__

And you are to retain the body of said _Nelson Sanchez_ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Nelson Sanchez__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if she had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.
Dated this __15TH__ day of __March, 2006__.

SARAH A. THORNTON, CLERK

By:_____
SEAL            Deputy Clerk