

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 22, 2006

Mickey E. Harris, Esq.
1350 Main Street
Springfield, MA 01103

    Re:  United States v. Nelson Sanchez
         Criminal No. 05-30036-MAP

Dear Attorney Harris:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with a copy of the enclosed Motion and Affidavits filed in United States v. Ruiz, Cr. No. 05-30038-MAP.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:

                        TODD E. NEWHOUSE
                        Assistant U.S. Attorney

Enclosure
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    w/o enclosure