UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of her

deputies, and to__
     MCI Concord
     865 Elm Street
     Concord, MA

YOU ARE COMMANDED to have the body of    Nelson Sanchez
now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom No. 4, on the 3rd floor, Boston, Massachusetts on Friday, August 18, 2006, at 11:30 a.m.

For the purpose of Sentencing
in the case of United States v. Nelson Sanchez
CR Number 05-30036-NMG

And you are to retain the body of said Nelson Sanchez while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Nelson Sanchez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if she had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 15TH day of August 2006.

SARAH A. THORNTON, CLERK

By:_____

SEAL              Deputy Clerk