05CR 30036
NMG

Date: 3/10/08

Hon. _____
c/o _____
Deputy Clerk
United States District Court

Dear Mrs Conrad:

    I was sentenced by Judge Mr Nathaniel Gorton on 8/18/2006 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is 2/20/2013.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

                                      Sincerely,

Name: Nelson Sanchez
Address: MDC Brooklyn
Metropolitan Detention Center
P.O Box 329002, Brooklyn, N.Y 11232

Telephone: _____