## ATTORNEY ASSIGNMENT REQUEST

Defendant: _Nelson Sandley_

Case & Defendant
Number _05cr 30036 NMU_

Date of Appointment:_____

Appointed by:_____

Attorney Withdrawn_____

Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_ _Poss. of Cocaine base w/ intent to_
_distribute — I ar distribution of cocaine base_

Indictment___✓___         Information_____         Probation Revocation_____

Number of Defendants_____

Judge Code____ _0126_

Special Instructions:____ _Appt of Consel_ _____

_____

_____

_____

_____
Deputy Clerk

Dated___ _3 - 19 - 08_ ___

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd