UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30036-NMG |
| | ) | |
| NELSON SANCHEZ | ) | |

NOTICE OF APPEARANCE

    Assistant Federal Defender, Oscar Cruz, Jr., hereby files his appearance on behalf of defendant, Nelson Sanchez, in the above-named matter.

                            NELSON SANCHEZ
                            By his attorney,


                            /s/Oscar Cruz., Jr.
                            Oscar Cruz, Jr.
                                B.B.O. #630813
                            Federal Defender Office
                            408 Atlantic Avenue, 3rd Floor
                            Boston, MA  02110
                            Tel: 617-223-8061


CERTIFICATE OF SERVICE

     I, Oscar Cruz, Jr., hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2008.

                            /s/ Oscar Cruz, Jr.
                            Oscar Cruz, Jr.