05-CR-30036-NMG

Clerks office

My name is Nelson Sánchez date of Birth 11/22/85 and my social security number is (9066-79251) I'm currently serving a 120 month sentence for which I've completed 40 months ~~out~~ out of. I wish to Appeal my case and wish to recieve my sentencing transcripts, docket sheet as well as a copy of my plea agreement. I have wrote to the court numerous times and have yet recieve a respond to my past efforts. I hope to hear from the court soon and wish to recieve the ~~motion~~ information stated above. Thank you for your time and cooperation.

Sincerely

x Nelson Sánchez

Mr. [...]

Hi, [...] Mike [...] sentenced [...] for drug [...] and he [...] letter with some papers to signed talking about the crack law, I've never got a respond [...] till now it is [...] can you see if the crack law effects me or not. I'll appreciate your help, [...] thank you for your time and effort on helping me.

Sincerely,

x _____