Mr. Nelson Sanchez
Reg. No. 90882-038
FCI Ray Brook
P.O. Box 9004
Ray Brook, New York 12977

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

August 13, 2008

Re: USA v. Rodriguez et al Case No. 3:05-cr-30036-NMG-2

Dear Mrs. Cheryl Dahlstrom:

I write this letter to you in regards to me trying to obtain the sentencing transcripts and judgment & commitment order/statement of reasons to my case.

As I am indigent, I request that you accept this as being filed "in forma pauperis" and process my request free of charge.

The date of my sentencing was August 18, 2006; the judgment & commitment and statement of reasons is dated September 22, 2006.

Your assistance with this matter is greatly appreciated.

Sincerely,

Nelson Sanchez

cc:file